G. GEOFFREY ROBB (131515)
LEA M. LUTERSTEIN (337399)
GIBSON ROBB & LINDH LLP
1255 Powell Street
Emeryville, CA 94608
Telephone: (415) 348-6000
Facsimile: (415) 231-0037
Email: grobb@gibsonrobb.com
lluterstein@gibsonrobb.com

Attorneys for Plaintiff
SOUND UNITED, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUND UNITED, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MITSUBISHI LOGISTICS AMERICA CORPORATION: and DOES 1 to 10.<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR DAMAGE TO OCEAN CARGO**<br><br>(Damages in the sum of $54,508.00) |

Plaintiff's complaint follows:

1. Plaintiff SOUND UNITED, LLC ("Plaintiff") is now, and at all times herein material was, a limited liability company, duly organized and existing by virtue of law, and Plaintiff was the owner of the hereinafter described cargo.

2. Plaintiff is informed and believes, and on the basis of that information and belief alleges, that MITSUBISHI LOGISTICS AMERICA CORPORATION, a corporation, and DOES 1 to 10, ("Defendants") are now and at all times herein material were engaged in business as common carriers for hire within the United States and within this judicial district.

3. The true names of defendants sued herein as DOES 1 to 10, each of whom is responsible for the events and matters herein referred to, and each of whom caused or contributed to the damage herein complained of, are unknown to Plaintiff, who therefore sues said defendants by such fictitious names. Plaintiff will amend its complaint to show the true names of said defendants when the same have been ascertained.

4. Plaintiff's complaint contains a cause of action for damage to cargo arising under a statute of the United States, namely the Carriage of Goods by Sea Act ("COGSA"), 46 U.S.C. § 30701, and is therefore within the jurisdiction of this Court pursuant to 28 U.S.C. § 1331, as more fully appears herein. Additionally, the Court has admiralty jurisdiction pursuant to 28 U.S.C. § 1333. Venue is proper under 28 U.S.C. § 1391(b).

5. This is a cause of action for damage to ocean cargo, and is an admiralty and maritime claim within the meaning of Rule 9(h), Federal Rules of Civil Procedure, as hereinafter more fully appears.

6. Plaintiff is informed and believes, and on the basis of such information and belief alleges that, on or about June 23, 2025, at Haiphong, Vietnam, Defendants, and each of them, received a shipment of audio equipment for carriage under bills of lading numbers VNLUI2506204, and others, issued by and/or on behalf of said defendants. Defendants, and each of them, agreed, under contracts of carriage and in return for good and valuable consideration, to carry said cargo from Haiphong, Vietnam to Louisville, Kentucky via Los Angeles, California, and there deliver said cargo to the lawful holder of the aforementioned bill of lading, and others, in the same good order, condition, and quantity as when received.

/ / /

/ / /

/ / /

/ / /

7. Thereafter, in breach of and in violation of said agreements, Defendants, and each of them, did not deliver said cargo in the same good order, condition, and quantity as when received at Haiphong, Vietnam. To the contrary, a portion of the cargo was never delivered while in the care, custody, and control of Defendants. The value of the non-delivered cargo was $54,508.00.

8. Plaintiff has therefore been damaged in the sum of $54,508.00, or another amount according to proof at trial, no part of which has been paid, despite demand therefore.

WHEREFORE, Plaintiff prays that this Court enter judgment in their favor and against Defendants, and each of them; that this Court decree payment by Defendants, and each of them, to Plaintiff in the sum of $54,508.00, together with prejudgment interest thereon and costs of suit herein; and that Plaintiff has such other and further relief as in law and justice it may be entitled to receive.

Respectfully submitted,

Dated: July 14, 2026 GIBSON ROBB & LINDH LLP

/s/Lea M. Luterstein
Lea M. Luterstein
lluterstein@gibsonrobb.com
Attorneys for Plaintiff
SOUND UNITED, LLC